Jay Brodsky
240 East Shore Road, #444
Great Neck, NY 11023
Telephone: (973) 568-1666
E-mail: demcointerexport@yahoo.com
Plaintiff ProSe on Behalf of Himself
Case No. 2:19-CV-00177-JS-AYS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 29 2019 ★

LONG ISLAND OFFICE

## UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**THE MATTER OF:**

**JAY BRODSKY**
**PLAINTIFF**

*-against-*

**UBER TECHNOLOGIES, INC.**
**DOE DEFENDANTS**
**DEFENDANT**

RECEIVED

MAR 29 2019

**EDNY PRO SE OFFICE**

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE

<u>VIA USPS FIRST CLASS MAIL</u>

Honorable Joanna Seybert, U.S.D.J.

United States District Court for the Eastern District of New York

United States Courthouse

100 Federal Plaza

Central Islip, N.Y. 11722

Re: <u>Civil Action No. 2:19-CV-00177-JS-AYS</u>

    Jay B. Brodsky v. UBER Technologies, Inc.

1. Pursuant to the Federal Rules of Civil Procedure Rule 41(a) (Fed. R. Civ. P. 63) on this 25th day of March, 2019, Jay Brodsky, hereafter known as, 'Plaintiff' resides at 240 East Shore Road, Apartment 444, Great Neck, New York 11023, duly deposes under penalty of perjury that the facts as stated herein are true to the best of his knowledge.

2. <u>Notice of Dismissal without Prejudice:</u>

   Pursuant to Federal Rule of Civil Procedure 41 (a), Plaintiff dismisses without prejudice his Federal claims against Defendant UBER Technologies, Inc. Each Party shall bear their own respective costs and attorneys' fees. This Notice of Dismissal disposes of the entire action.

3. Plaintiff however reserves his right to refile a complaint in the future if there is a change in circumstances.

   Signed this 25th day of March, 2019 at Great Neck, New York;

   *[signature]*

   Jay Brodsky, Plaintiff, ProSe



RULE 41 NOTICE TO WITHDRAW

Mailing label addressed to:
United States District Court
Honorable Judge Joanna Seybert
100 Federal Plz
Central Islip NY 11722-4438

From: Jay Brodsky, 240 East Shore Road, Apt. 444, Great Neck NY 11023

RECEIVED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. MAR 29 2019 LONG ISLAND OFFICE